**Roddrick Newhouse, Trustee**
**401 Century Parkway**
**Suite 715**
**Allen, TX 75013**
**Telephone: (469) 777-6560**
**Email: rn7trustee@gmail.com**
**CHAPTER 7 TRUSTEE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JAMES DOUGLAS HARRISON, | § | Case No. 24-40469-elm7 |
| | § | |
| DEBTOR. | § | Chapter 7 |

### TRUSTEE'S NOTICE OF INTENT TO ABANDON TANGIBLE PERSONAL PROPERTY OF THE DEBTOR PURSUANT TO SECTION 554

**COMES NOW** Roddrick B. Newhouse, the Chapter 7 Trustee (the "**Trustee**") in the above-referenced case, and files his Trustee's Notice of Intent to Abandon Tangible Personal Property of the Debtor Pursuant to Section 554 (the "**Notice**") and would respectfully state as follows:

1. James Douglas Harrison (the "**Debtor**") filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Bankruptcy Code. Roddrick B. Newhouse was appointed as the Chapter 7 Trustee and continues to serve in that capacity.

2. The meeting of creditors in this case pursuant to § 341 of the Bankruptcy Code was held on March 12, 2024. Debtor's Schedule of Assets and Liabilities was filed on February 8, 2024. Certain property (the "**Property**") listed on Schedule A/B (see "Exhibit A") is of inconsequential value to the estate, and therefore, should be abandoned as burdensome to the estate pursuant to §554 of the Bankruptcy Code (11 U.S.C. §554). The party asserting liens against the Property is listed on Schedule D (see "Exhibit B") with a description of its collateral

and the amount owed. UNLESS WRITTEN OBJECTION IS FILED WITH THE BANKRUPTCY COURT WITHIN FOURTEEN DAYS (14) OF SERVICE, THE PROPERTY LISTED ON SCHEDULE A/B SHALL BE DEEMED ABANDONED AS OF THE DATE OF THE FILING OF THIS NOTICE WITH THE BANKRUPTY COURT.

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 501 WEST TENTH STREET, ROOM 147, FORT WORTH, TEXAS 76102 BEFORE CLOSE OF BUSINESS ON AUGUST 14, 2024, WHICH IS AT LEAST FOURTEEN (14) DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON THE TRUSTEE PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED, A HEARING MAY BE HELD WITH NOTICE TO OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

Respectfully submitted,

*/s/ Roddrick Newhouse*
Roddrick Newhouse
CHAPTER 7 TRUSTEE
401 Century Parkway
Suite 715
Telephone: (469) 777-6560
Email: rn7trustee@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice was served upon the United States Trustee, Debtor's counsel and the parties who receive electronic notification in this case and to the parties on the attached service list by ECF and/or by US first class mail, postage pre-paid, on this the 31st day of July, 2024.

*/s/ Roddrick Newhouse*